No. 03–7925. WELCH *v.* PHELPS ET AL.; and WELCH *v.* EICH-ELBERGER ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–7926. YOUNG *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 03–7927. BEYER *v.* CORMIER ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–7930. MILLER *v.* HENRY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–7931. MUSHENSKY *v.* SHANNON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FRACKVILLE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–7932. PARKER *v.* WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 03–7935. BROWN *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 03–7936. JURICH *v.* McLEMORE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–7937. ALLMAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–7938. NAVARRO *v.* GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–7940. NOSEK *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–7946. HESS *v.* ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 03–7947. GURULE *v.* BRAVO, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 03–7950. HOLLAND *v.* JONES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–7951. GREEN *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.